339 Ill. App. 574 (1950)
90 N.E.2d 568
Frank Biniakiewicz and Josephine Biniakiewicz, Appellants,
v.
John Wojtasik, Appellee.
Gen. No. 44,888.
Illinois Appellate Court.
Opinion filed February 20, 1950.
Released for publication March 7, 1950.
*575 Jerome M. Brooks and Robert E. Kinnare, for appellants.
Wyatt Jacobs, for appellee.
Charles E. Heckler and Robert O. Rooney, of counsel.
(Abstract of Decision.)
Opinion by JUSTICE FEINBERG.
Reversed and remanded.
Not to be published in full.